# Third District Court of Appeal

### State of Florida

Opinion filed December 9, 2020.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D19-1443
Lower Tribunal No. 17-28255
_____

## Kenzer Jaffeth Hodgson Hammond,
Appellant,

vs.

## Royal Caribbean Cruises, Ltd., etc.,
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Spencer Eig, Judge.

Billera Law, PLLC, and John F. Billera and Jessica P. Quiggle (Boca Raton); Christopher J. Bailey, for appellant.

Coffey Burlington, P.L., and Jeffrey B. Crockett, Paul J. Schwiep, and John E. Thornton, Jr., for appellee.

Before EMAS, C.J., and LOGUE and GORDO, JJ.

PER CURIAM.

Affirmed. Clark v. Celebrity Cruises, Inc., 271 So. 3d 1169, 1170 n.3 (Fla. 3d

DCA 2019) ("The release provision supports the trial court's conclusion that the

appellees are intended third-party beneficiaries of the independent contractor agreement."); Durkovic v. Park West Galleries, Inc., 217 So. 3d 159, 160 (Fla. 3d DCA 2017) ("[A] mandatory forum selection clause is valid and enforceable unless the chosen forum is unjust and unreasonable in the sense that it constitutes no forum at all.").